IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN and JANE DOE, INDIVIDUALLY AND AS NEXT FRIENDS OF CHILD DOE, A MINOR,  Plaintiffs vs. LA VERNIA INDEPENDENT SCHOOL DISTRICT; JOSE H. MORENO, SUPERINTENDENT; KRISTEN MARTIN, PRINCIPAL; BRANDON LAYNE, FORMER ATHLETIC DIRECTOR AND HEAD COACH; RICHARD HINOJOSA, ATHLETIC DIRECTOR; CHRIS TABER, ATHLETIC DIRECTOR; SCOTT GRUB, HEAD COACH; KEITH BARNES, COACH,  Defendants | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.: 5:17-cv-310-OLG  JURY DEMAND |

**ORDER GRANTING DEFENDANT LA VERNIA INDEPENDENT SCHOOL DISTRICT AND DR. JOSE MORENO'S 12(b)(1) MOTION TO DISMISS IN PART FOR LACK OF SUBJECT-MATTER JURISDICTION AND 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Defendants La Vernia Independent School District and Dr. Jose Moreno's 12(b)(1) Motion to Dismiss in Part for Lack of Subject-Matter Jurisdiction and 12(b)(6) Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted has been carefully considered by this Court. The Court, having reviewed and considered the said Motion and Response thereto and having reviewed the items on file herein, is of the opinion that said Motion should be granted.

Therefore, it is hereby ORDERED that Defendant La Vernia Independent School District and Dr. Jose Moreno's Motion to Dismiss be GRANTED.

It is further ORDERED, ADJUDGED, and DECREED that Plaintiffs' claims against the District and Dr. Moreno, in their entirety, be and the same are hereby DISMISSED with PREJUDICE, and that all relief requested by Plaintiffs be and the same is hereby DENIED and DISMISSED.

IT IS SO ORDERED on this the _____ day of _____, 2017.

_____
Orlando L. Garcia
Chief U.S. District Judge